**68**  MOYLE vs. CIRCUIT JUDGE (Houghton), No. 13844, 97 M., 636.

To vacate an order quashing a writ of capias, in a case where the allegations of fraud in the affidavit for the writ are based upon hearsay.

Denied December 13, 1893, with costs.

**69**  SIGEL vs. CIRCUIT JUDGE (Wayne), No. 15846½.

To vacate an order holding to bail on a writ of capias in an action in tort against relator, a physician, who is charged with so recklessly, negligently and unnecessarily performing an operation as to cause the premature delivery of a child.

Granted October 21, 1896, with costs.

Relator contended that the affidavit failed to show that the treatment given constituted malpractice; that the only evidence admissible to prove malpractice is the testimony of physicians, citing Sheridan vs. Briggs, 53 M., 569; Wood vs. Baker, 49 M., 295; Spaulding vs. Bliss, 83 M., 311; Moyle vs. Circuit Judge, 97 M., 136 (No. 68); Howell vs. Circuit Judge, 88 M., 366 (112); Stensrud vs. Delamater, 56 M., 145; McCrea vs. Circuit Judge, 100 M., 355 (114).

**70**  COHN vs. SUPERIOR COURT JUDGE (Detroit), 40 M., 169.

To set aside an order to hold bail, after special bail had been perfected, in an action on the case for fraud.

Denied January 14, 1879.

Held, that the matter was within the discretion of the Court.

**72**  KUIPER vs. CIRCUIT JUDGE (Kent), No. 15550½.

To vacate an order to hold to bail and quash a capias.

Order to show cause denied April 21, 1896.